396 A.2d 19

Commonwealth v. Chase, Appellant.

Submitted March 20, 1978. Taylor P. Andrews, Public Defender, for appellant; Edgar B. Bayley, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.